UNITED STATES DISTRICT COUR
FOR THE DISTRICT OF RHODE ISLAND

COMMERCIAL ELECTRIC, INC.

C.A. NO. 04-263(T)

v.

ST. PAUL FIRE & MARINE INSURANCE CO.
and R.W. GRANGER & SONS, INC.

AFFIDAVIT OF SERVICE

I, Charles S. Kirwan, hereby declare under penalty of perjury, that pursuant to Rule 4(1) of the Federal Rules of Civil Procedure, I did cause a copy of the Summons and Complaint to be served upon each of the two (2) Defendants named in this action, by certified mail, return receipt requested.

With respect to Defendant St. Paul Fire & Marine Insurance Co., attached hereto and made a part hereof is the United States Postal Service postage paid receipt and the returned certified mail receipt card, duly signed for on July 7, 2004, acknowledging said Defendant's receipt of the copy of the Summons and Complaint in this action.

VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 19th day of July, 2004.

Charles S. Kirwan

CERTIFICATE OF SERVICE

I, Charles S. Kirwan, hereby certify that on this 19th day of July, 2004, I caused a true and complete copy of the foregoing to be mailed first class postage prepaid to Defendants' counsel of record in this action: Kathleen M. Flanagan, Esq., St. Paul Fire & Marine Insurance Co., 385 Washington Street, St. Paul, MN 55102 and Ernest O'Brien, President, R.W. Granger & Sons, Inc., 415 Boston Turnpike, Shrewsbury, MA 01545.

2

# United States District Court

DISTRICT OF RHODE ISLAND

COMMERCIAL ELECTRIC, INC.

V.

ST. PAUL FIRE & MARINE INSURANCE CO.
and R.W. GRANGER & SONS, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 04 263 T

TO: (Name and address of defendant) ST. PAUL FIRE & MARINE INSURANCE CO.
SERVE: Kathleen M. Flanagan
Attorney-in-Fact
St. Paul Fire & Marine Insurance Co.
385 Washington Street
St. Paul, MN 55102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CHARLES S. KIRWAN & ASSOCIATES
36 Park Place
Pawtucket, RI 02860
(401) 722-2500

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE 6/30/04

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 0320 0004 7215 8161

OFFICIAL USE

SAINT PAUL MN 55102

| | | |
|---|---|---|
| Postage | $ 1.29 | |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.34 | |

PAWTUCKET RI 02860 JUL 1 2004 USPS

Clerk: KRPBG9

07/01/04

Sent To KATHLEEN M. FLANAGAN, ESQ. ST. PAUL FIRE + MARINE INS. Co.

Street, Apt. No.; or PO Box No. 385 WASHINGTON ST.

City, State, ZIP+4 ST. PAUL, MN 55102

PS Form 3800, January 2001 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathleen M. Flanagan
Claims Department
St. Paul Fire & Marine Ins. Co.
385 Washington Street
St. Paul, MN [redacted]

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)* B. Date of Delivery 7/7/04

C. Signature

X ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. 7001 0320 0004 7215 8161

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

**CHARLES S. KIRWAN & ASSOCIATES**
**ATTORNEYS AT LAW**
**36 PARK PLACE**
**PAWTUCKET, RHODE ISLAND 02860**

**CHARLES S. KIRWAN**
Admitted RI, MA, NJ, DC

**Tel (401) 722-2500**
**Fax (401) 727-1256**
**e-mail kirwanlaw@gis.net**

**KATHERINE R. PARSONS**
Admitted RI, MA

July 1, 2004

**<u>VIA CERTIFIED MAIL</u>**
**<u>RETURN RECEIPT REQUESTED</u>**

Kathleen M. Flanagan, Esq.
St. Paul Fire & Marine Insurance Co.
385 Washington Street
St. Paul, MN 55102

Re: Commercial Electric, Inc. v. St. Paul Fire & Marine Insurance Co. and R.W. Granger & Sons, Inc., C.A. No. 04-263 (T) (United States District Court for Rhode Island)

Dear Attorney Flanagan:

Enclosed please find a Summons and Complaint commencing the above-captioned action in the United States District Court for Rhode Island. As the summons indicates, each Defendant has twenty (20) days following receipt of the enclosed summons and complaint in which to file an answer or other responsive pleadings with the Clerk of the Court, United States District Court, District of Rhode Island, Two Exchange Terrace, Providence, RI 02903.

Very truly yours,

Charles S. Kirwan (ker)

Charles S. Kirwan
Counsel for Commercial Electric, Inc.

Enclosures (Summons & Complaint)

CERTIFIED MAIL RECEIPT NO. 7001 0320 0004 7215 8161

cc: Commercial Electric, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COMMERCIAL ELECTRIC, INC.

C.A. NO. 04-263(T)

v.

ST. PAUL FIRE & MARINE INSURANCE CO.
and R.W. GRANGER & SONS, INC.

## AFFIDAVIT OF SERVICE

I, Charles S. Kirwan, hereby declare under penalty of perjury, that pursuant to Rule 4(1) of the Federal Rules of Civil Procedure, I did cause a copy of the Summons and Complaint to be served upon each of the two (2) Defendants named in this action, by certified mail, return receipt requested.

With respect to Defendant R.W. Granger & Sons, Inc., attached hereto and made a part hereof is the United States Postal Service postage paid receipt and the returned certified mail receipt card, duly signed for on July 2, 2004, acknowledging said Defendant's receipt of the copy of the Summons and Complaint in this action.

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 19th day of July, 2004.

[signature]
Charles S. Kirwan

## CERTIFICATE OF SERVICE

I, Charles S. Kirwan, hereby certify that on this 19th day of July, 2004, I caused a true and complete copy of the foregoing to be mailed first class postage prepaid to Defendants' counsel of record in this action: Kathleen M. Flanagan, Esq., St. Paul Fire & Marine Insurance Co., 385 Washington Street, St. Paul, MN 55102 and Ernest O'Brien, President, R.W. Granger & Sons, Inc., 415 Boston Turnpike, Shrewsbury, MA 01545.

[signature]

# United States District Court

DISTRICT OF RHODE ISLAND

COMMERCIAL ELECTRIC, INC.

V.

ST. PAUL FIRE & MARINE INSURANCE CO.
and R.W. GRANGER & SONS, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 04 263 T

TO: (Name and address of defendant) R.W. GRANGER & SONS, INC.

SERVE: Mr. Ernest O'Brien
President
R.W. Granger & Sons, Inc.
415 Boston Turnpike
Shrewsbury, MA 01545

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CHARLES S. KIRWAN & ASSOCIATES
36 Park Place
Pawtucket, RI 02860
(401) 722-2500

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6/30/04

(BY) DEPUTY CLERK

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

SHREWSBURY, MA 01545

| | |
|---|---|
| Postage | $ 1.?? |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.?4 |

Postmark Here: PAWTUCKET RI 02860 JUL -1 2004 USPS
Clerk: KRPBG9
07/01/04

Sent To MR. ERNEST O'BRIEN PRESIDENT
R.W. GRANGER + SONS, INC.
Street, Apt. No.; or PO Box No. 415 BOSTON TURNPIKE
City, State, ZIP+4 SHREWSBURY, MA 01545

PS Form 3800, January 2001 — See Reverse for Instructions

7001 0320 0004 5070 1884

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Ernest O'Brien
President
R.W. Granger & Sons, Inc.
415 Boston Turnpike
Shrewsbury, MA 01545

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) KAREN GLINSKI
B. Date of Delivery 7-2-04

C. Signature
X Karen Glinski
☑ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. A 7001 0320 0004 5070 1884

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952

**CHARLES S. KIRWAN & ASSOCIATES**
ATTORNEYS AT LAW
36 PARK PLACE
PAWTUCKET, RHODE ISLAND 02860

CHARLES S. KIRWAN
Admitted RI, MA, NJ, DC

Tel (401) 722-2500
Fax (401) 727-1256
e-mail kirwanlaw@gis.net

KATHERINE R. PARSONS
Admitted RI, MA

July 1, 2004

**<u>VIA CERTIFIED MAIL</u>**
**<u>RETURN RECEIPT REQUESTED</u>**

Mr. Ernest O'Brien
President
R.W. Granger & Sons, Inc.
415 Boston Turnpike
Shrewsbury, MA 01545

Re: Commercial Electric, Inc. v. St. Paul Fire & Marine Insurance Co. and R.W. Granger & Sons, Inc., C.A. No. 04-263 (T) (United States District Court for Rhode Island)

Dear Mr. O'Brien:

Enclosed please find a Summons and Complaint commencing the above-captioned action in the United States District Court for Rhode Island. As the summons indicates, each Defendant has twenty (20) days following receipt of the enclosed summons and complaint in which to file an answer or other responsive pleadings with the Clerk of the Court, United States District Court, District of Rhode Island, Two Exchange Terrace, Providence, RI 02903.

Please advise your attorneys regarding this matter. Thank you.

Very truly yours,

Charles S. Kirwan (lian)

Charles S. Kirwan
Counsel for Commercial Electric, Inc.

Enclosures (Summons & Complaint)

CERTIFIED MAIL RECEIPT NO. 7001 0320 0004 5070 1884

cc: Commercial Electric, Inc.