UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 03 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF C.E.I., INC. d/b/a COMMERCIAL ELECTRIC, INC.
Plaintiff

Vs. C.A. NO.: 04-263T

R.W. GRANGER & SONS, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY
Defendants

**STIPULATION**

By agreement of the parties, the time within which Defendant, R.W. GRANGER & SONS, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY may answer or otherwise respond to Plaintiff's Complaint is extended up to and including August 11, 2004.

UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF C.E.I., INC. d/b/a COMMERCIAL ELECTRIC, INC.

By its attorneys,

Charles S. Kirwan, Esq.
R.I. Bar No. 4050
Charles S. Kirwan & Associates
36 Park Place
Pawtucket, RI 02860
Tel: (401) 722-2500
Fax: (401) 727-1256
Dated: 7/30/04

*K:\R\RW Granger\Pleadings\Stip extending time to answer.doc*

R. W. GRANGER & SONS, INC.

By its attorneys,

W. Mark Russo, Esq.
R.I. Bar No. 3937
FERRUCCI RUSSO P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Dated: 8/2/04

ENTER
Ernest C. Torres
Chief, U.S. District Judge
DATE 8/11/04

4