UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

C.E.I., INC., UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF C.E.I., INC., D/B/A COMMERCIAL ELECTRIC, INC.

v. CA No. 04-263-T

R.W. GRANGER & SONS, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY

**ORDER GRANTING MOTION TO STAY**

Defendants' Motion to Stay the Instant Action Pending Arbitration is hereby granted for a period of 6 months from the date of this Order.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: October 26, 2004

6