UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF C.E.I., INC. d/b/a COMMERCIAL ELECTRIC, INC. Plaintiff | : | |
| Vs. | : | C.A. NO.: 04-263T |
| R.W. GRANGER & SONS, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY Defendants | : | |

**ENTRY OF APPEARANCE**

I, Christopher M. Mulhearn, Esq. of Ferrucci Russo P.C., hereby enter my appearance on behalf of defendants R.W. Granger & Sons, Inc. and St. Paul Fire and Marine Insurance Company with regard to the above-entitled action.

Respectfully submitted,

R.W. Granger & Sons, Inc. and St. Paul Fire and Marine Insurance Company,

By its Attorneys,

Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Dated: October 25, 2004

7

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within was served via first-class, postage prepaid mail upon the following on this 26th day of October, 2004:

Charles S. Kirwan, Esq.
Charles S. Kirwan & Associates
36 Park Place
Pawtucket, RI 02860