UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
NOV 02 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF C.E.I., INC. d/b/a COMMERCIAL ELECTRIC, INC.<br>Plaintiff | : | |
| vs. | : | C.A. NO.: 04-263T |
| R.W. GRANGER & SONS, INC. and ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br>Defendants | : | |

**ORDER**

The above-entitled action having come before the Honorable Chief Judge Ernest Torres upon defendants R.W. Granger & Sons, Inc. ("Granger") and St. Paul Fire and Marine Insurance Companies' ("St. Paul") (collectively hereinafter referred to as the "Defendants") motion to stay the instant action pending arbitration pursuant to R.I.G.L. § 10-3-3, and there being no objection in connection therewith, and after an in-chambers conference with the Court and counsel regarding this matter, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. The defendants' motion to stay the instant action pending arbitration pursuant to R.I.G.L. § 10-3-3 is *GRANTED.*
2. The instant action shall be stayed for a period of one hundred eighty (180) days.
3. The instant action shall scheduled to be called for a Status Conference before the Court on April 26, 2005, at 9:30 a.m.

4

ENTER:

Date: November 8, 2004

PER ORDER:

Date: November 8, 2004

Presented By:

**Christopher M. Mulhearn (#5188)**
FERRUCCI RUSSO, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-100
Fax: (401) 455-7778

Date: November 1, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within was served via first-class, postage prepaid mail upon the following on this 2nd day of November, 2004:

**Charles S. Kirwan, Esq.**
Charles S. Kirwan & Associates
36 Park Place
Pawtucket, RI 02860