UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF C.E.I., INC., d/b/a COMMERCIAL ELECTRIC, INC., Plaintiff | : | |
| vs. | : | C.A. No.: 04-263T |
| R.W. GRANGER & SONS, INC.; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Defendants | : | |

## ORDER

The above-entitled action having come before the Honorable Chief Judge Ernest Torres for status review/conference, pursuant to the Court's October 26, 2004 order granting defendants R.W. Granger & Sons, Inc. ("Granger") and St. Paul Fire and Marine Insurance Companies' ("St. Paul") (collectively hereinafter referred to as the "Defendants") motion to stay the instant action pending arbitration, pursuant to R.I. Gen. Laws § 10-3-3, and after conducting said status review/conference with counsel, it is hereby

**ORDERED, ADJUDGED & DECREED**

1. The Court's previously imposed stay of October 26, 2004 in connection with this matter, pursuant to R.I. Gen. Laws § 10-3-3 pending arbitration, shall be further extended or enlarged for an additional six (6) months, or up to, and including, October 26, 2005.

ENTER:
Ernest C Torres
Date: April 28, 2005

PER ORDER:
[signature]
Date: April __, 2005

10

Presented By:

**Christopher M. Mulhearn (#5188)**
FERRUCCI RUSSO, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-100
Fax: (401) 455-7778

Date: April 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within was served via first-class, postage prepaid mail upon the following on this 27th day of April, 2005:

**Charles S. Kirwan, Esq.**
Charles S. Kirwan & Associates
36 Park Place
Pawtucket, RI 02860

Darlene Morris