**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
DEC 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF C.E.I., INC., d/b/a COMMERCIAL ELECTRIC, INC.,** | : | |
| **Plaintiff** | : | |
| **vs.** | : | **C.A. NO.: 04-263T** |
| **R.W. GRANGER & SONS, INC.; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | : | |
| **Defendants** | : | |

**R.W. GRANGER & SONS, INC.'S MOTION TO STAY ARBITRATION PENDING DETERMINATION AS TO WHETHER CERTAIN ISSUES ARE SUBJECT TO ARBITRATION**

NOW COMES defendant R.W. Granger & Sons, Inc. ("Granger"), by and through counsel, pursuant to R.I. Gen. Laws §10-3-5, and hereby moves this Court for an order staying the scheduled arbitration hearings in connection with the above-entitled action until such time as this Court has considered, and determined, whether certain of the claims advanced by plaintiff C.E.I., Inc., d/b/a Commercial Electric, Inc. ("CEI"), *to wit*, claims related to home office overhead, extra equipment costs, and lost profits, are subject to arbitration under the parties' subcontract.

In support of the within motion, Granger submits the accompanying memorandum.

DENIED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
12/15/05