**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF C.E.I., INC. d/b/a COMMERCIAL ELECTRIC, INC.,** | : | |
| **Plaintiff** | : | |
| **vs.** | : | **C.A. No.: 04-263/T** |
| **R.W. GRANGER & SONS, INC.; and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** | : | |
| **Defendants** | : | |

**Consent Order**

The above-entitled action having come before this Honorable Court on this 26th day of June, 2006, for confirmation relative to that certain arbitration award, dated May 1, 2006, issued by Arbitrator Richard A. Volkin (the "Arbitrator") in favor of Commercial Electric, Inc. ("CEI"), and against R.W. Granger & Sons, Inc. ("Granger"), in that American Arbitration Association matter more commonly known, and identified, as *In re Commercial Electric, Inc. and R.W. Granger & Sons, Inc. and St Paul Fire and Marine Insurance Company*, AAA No.: 11 110 Y 02376 04, and by agreement of the parties, it is hereby

**Ordered, Adjudged & Decreed**

1. The Arbitrator's May 1, 2006 arbitration award shall be confirmed in the total amount of $340,000.00.

2. Upon the payment of the total amount of $340,000.00 to CEI, which said payment shall be made by Granger's surety, St. Paul Fire and Marine Insurance Company ("St. Paul"), to discharge all of the liabilities of St. Paul on the subject payment

SM 7/11/06

bond, and all liabilities of Granger and St. Paul with respect to the Arbitrator's May 1, 2006 arbitration award as described in Paragraph 1 above, said Arbitrator's award shall be deemed satisfied in full.

3. Insofar as the payment described in Paragraph 2 above is in full and final satisfaction of any and all of CEI's claims against Granger and St. Paul, and each of them, as well as the Arbitrator's May 1, 2006 award, CEI's Complaint in the above-entitled action is dismissed with prejudice. All rights of appeal are waived. Each party shall bear its own costs and expenses, including any and all attorneys' fees.

AGREED, CONSENTED & STIPULATED TO:

UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
C.E.I., INC. d/b/a COMMERCIAL
ELECTRIC, INC.

By its Attorneys,

Charles S. Kirwan (#4050)
**Charles S. Kirwan & Associates**
204 King Philip Street
Providence, RI 02909-5751
Tel.: (401) 359-1166
Fax.: (401) 272-1256

R.W. GRANGER & SONS, INC.; and
ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

By their Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

ENTER:

Ernest C. Torres

Date: June __, 2006
7/14/06

PER ORDER:

Date: ~~June __, 2006~~
7/18/06